**Electronically Filed**
**Supreme Court**
**SCMF-16-0000868**
**16-DEC-2016**
**08:07 AM**

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

In the Matter of the

FIRST CIRCUIT E-SIGN PILOT PROJECT FOR DOCUMENTS RELATING
TO CIRCUIT AND FAMILY COURT CRIMINAL CASES

ORDER ESTABLISHING A
FIRST CIRCUIT E-SIGN PILOT PROJECT FOR DOCUMENTS
RELATING TO CIRCUIT AND FAMILY COURT CRIMINAL CASES
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the request by the Circuit Court of the First Circuit to establish a pilot project allowing the use of eSign software, or other similar software, for documents filed electronically in criminal cases in the Circuit and Family Courts of the First Circuit,

IT IS HEREBY ORDERED that:

1.  A pilot project for electronic signing of documents filed electronically in criminal cases is established in the Circuit Court of the First Circuit and the Family Court of the First Circuit.

2.  Unless otherwise ordered by the supreme court, the pilot project is effective from January 1, 2017 through December 31, 2017.

3. During the pilot project period:

a. For all court documents filed in criminal cases in the Circuit Court and Family Court of the First Circuit, court clerks are authorized to accept electronic signatures beyond the definition of electronic signatures set forth in Rule 1.6 of the Hawaiʻi Electronic Service and Filing Rules.

b. The Chief Judge of the First Circuit or a designee of the Chief Judge has the authority to designate the participants in the pilot project and the specific court documents that will be part of the pilot project.

c. While the pilot project will utilize Adobe eSign, the electronic signature service the First Circuit is using currently, the Chief Judge or a designee of the Chief Judge may authorize the use of alternative electronic signature services. In all instances, the First Circuit shall ensure that the process implemented for the pilot project complies with state law and court rules.

4. Implementation of this pilot project using Adobe eSign software does not preclude the use of electronic signatures as provided by the Hawaiʻi Electronic Filing and Service Rules.

5. No later than November 30, 2017, the First Circuit shall submit to the supreme court a report on the pilot project. The report shall set forth: (1) a listing of the participants in the pilot project; (2) the type and number of documents included

in the pilot project; (3) how and whether the pilot project reduced the workload of court employees; and (4) any other information necessary to determine whether the pilot project has yielded the benefits envisioned by this proposal.

DATED:  Honolulu, Hawaiʻi, December 16, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

3